No. 120. BLANCHARD *v.* OOMS, COMMISSIONER OF PATENTS. October 14, 1946. Petition for writ of certiorari

to the United States Court of Appeals for the District of Columbia denied. *J. Preston Swecker* for petitioner. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney, John R. Benney* and *W. W. Cochran* for respondent.